# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE MIRANDA,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:16-cv-0509 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On September 11, 2017, Genevieve Miranda and Nancy Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 18)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**: fees in the total amount of $4,400.00 are **AWARDED** to Genevieve Miranda.

IT IS SO ORDERED.

Dated: **September 11, 2017**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE